[No. 13625-9-I. Division One. July 15, 1985.]

*In the Matter of the Marriage of* PAMELA KAREN
NEYENS, *Respondent, and* DUANE DARRELL
NEYENS, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 82-3-00461-0, Dennis J. Britt, J.,
entered March 25, 1983. *Affirmed* by unpublished opinion
per Webster, J., concurred in by Scholfield, A.C.J., and
Green, J.

[No. 14386-7-I. Division One. July 15, 1985.]

*In the Matter of the Marriage of* LORRENE J. LAMB,
*Respondent, and* WYMAN V. LAMB, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 83-3-00232-1, Paul D. Hansen, J.,
entered February 24, 1984. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by Coleman and Grosse,
JJ.

[No. 14041-8-I. Division One. July 15, 1985.]

MARILYN B. RITCHEY, *Appellant, v.* RICHARD
WILSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-10011-1, Donald D. Haley, J., entered
November 3, 1983. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Williams and Coleman, JJ.